# JONES, ANDREWS & ORTIZ

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216
TELECOPY 210/366-4301

TELEPHONE 210/344-3900

WRITER'S DIRECT DIAL NUMBER /
E-MAIL ADDRESS:

May 27, 2015

Mr. Blake A. Hawthorne
Clerk of the Court
Supreme Court of Texas
Post Office Box 12248
Austin, Texas 78711

RE: Case No. 14-1067, styled *Dennis Olivares, Petitioner v. State Farm Bank and Rausch, Sturm, Israel, Enerson & Hornik, Respondents*, in the Supreme Court of Texas

Dear Mr. Hawthorne:

Pursuant to Rule 64.3 of the Texas Rules of Appellate Procedure, State Farm Bank, F.S.B. does not at this time anticipate filing a response to the Petition for Rehearing En Banc recently submitted by Petitioner Dennis Olivares in the above-mentioned case. The Petition for Rehearing presents no new argument and repeats substantially the same inaccurate and unsupported contentions unsuccessfully urged by Petitioner in this case.

It is State Farm Bank, F.S.B.'s understanding that the Court will not grant the Petition for Rehearing without first requesting a response. State Farm Bank, F.S.B. reserves the right to file a response in that situation. Thank you.

Very truly yours,

JONES, ANDREWS & ORTIZ, P.C.

By: /s/ Ray R. Ortiz
   Ray R. Ortiz
   State Bar No. 15324280
   10100 Reunion Place, Suite 600
   San Antonio, Texas 78216
   210-344-3900 Telephone
   210-366-4301 Telecopier

ATTORNEYS FOR STATE FARM BANK, F.S.B.

*[Certificate of Service on following page]*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on May 27, 2015, the foregoing document was served in compliance with the Texas Rules of Appellate Procedure by mail, hand delivery, telecopier transmission, or electronic notice using the eFile.TXCourts.gov filing system to the following:

Mr. Dennis Olivares
Acting Pro Se
10935 Whisper Ridge
San Antonio, Texas 78230
210-492-1439 Telephone
210-492-1439 Telecopy
seravilo@netzero.net E-mail

Ms. Yvonne Mikulik
State Bar No. 24070271
Law Office of Yvonne Mikulik
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
214-800-2897 Telephone
Telecopier number unknown
Electronic mailing address unknown

Mr. Steve Ali "Steve" Javandoost
State Bar No. 24055735
Rausch, Sturm, Israel, Enerson & Hornik, LLC
15660 North Dallas Parkway, Suite 350
Dallas, Texas 75248
877-689-7966 Telephone
866-456-3744 Toll Free Telephone
877-492-5185 Telecopier
lawfirmTX@rsieh.com E-mail

Mr. Seung W. Chae
State Bar No. 24047837
Rausch, Sturm, Israel, Enerson & Hornik, LLC
15660 North Dallas Parkway, Suite 350
Dallas, Texas 75248
262-796-7876 Telephone
866-456-3744 Toll Free Telephone
877-492-5185 Telecopier
lawfirmTX@rsieh.com E-mail

Mr. Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
300 Dolorosa Street, Suite 3200
San Antonio, Texas 78205-3037
210-335-2635 Telephone
210-335-2762 Telecopier
Electronic mailing address unknown

Mr. Gerard C. "Gerry" Rickhoff
Bexar County Clerk
Bexar County Clerk's Office
100 Dolorosa Street, Suite 104
San Antonio, Texas 78205
210-335-2216 Telephone
210-335-2197 Telecopier
Electronic mailing address unknown

/s/ Ray R. Ortiz
Ray R. Ortiz